AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| **v.** ) | U.S. DISTRICT COURT – N.D. OF N.Y. |
| **DEVIN RAVINE A/K/A DEREK** ) Case No. **1:25-MJ-122 (PJE)** | **FILED** |
| **JOHNSON,** ) | |
| ) | **Apr 23 - 2025** |
| ) | |
| ) | |
| ) | John M. Domurad, Clerk |
| **Defendant.** ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of March 30, 2025 through April 1, 2025, in the county of Rensselaer in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a), (e) | Sexual Exploitation of a Child |

This criminal complaint is based on these facts:
See attached affidavit.

☒    Continued on the attached sheet.

_____
*Complainant's signature*

Dominick Canty, Special Agent, FBI
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    April 23, 2025
_____

_____
*Judge's signature*

City and State:    Albany, New York          Hon. Paul J. Evangelista, U.S. Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Dominick Canty, being duly sworn, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.     I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code.

2.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since September 2019.  I am assigned to the Albany Field Office and specifically to a squad investigating federal violations concerning child pornography and the sexual exploitation of children.  I have gained experience investigating such crimes through training in seminars, classes, and everyday work related to conducting these types of investigations. Previously I was assigned to an Internet Crimes Against Children squad in FBI Los Angeles, where I have experience investigating subjects who have exploited children, typically by transmitting Child Sex Abuse Material using computers connected to the Internet.  Prior to being employed by the FBI as a Special Agent, I was employed by the FBI as an Intelligence Analyst for approximately two years. In that role, I performed analysis for investigations involving drug trafficking and transnational organized crime. I have also received formal training regarding crimes against children and consulted with other members of the FBI who have training and experience in investigating child exploitation offenses involving the possession, distribution, production, and receipt of child pornography.

3.     This affidavit is founded on my personal knowledge based on my participation in this investigation, including the review of reports by myself and other law enforcement agents and officers, communication with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.  The

1

information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts known to me regarding this investigation.

4.      I submit this affidavit in support of an arrest warrant and criminal complaint charging Devin RAVINE a/k/a "Derek Johnson" with violating Title 18, United States Code, Section 2251(a) and (e) (Sexual Exploitation of a Child).

## **DETAILS OF THE INVESTIGATION**

Background on Devin RAVINE a/k/a "Derek Johnson"

5.      Devin RAVINE a/k/a "Derek Johnson" is a 20-year-old male who resides in Riverside, California.

6.      Based on a review of relevant communications and evidentiary materials, it appears that at all relevant times to this investigation, RAVINE used a smartphone connected to telephone number (951) xxx-2331.

Background on Jane Doe #1

7.      Jane Doe #1 is a 15-year-old female who resides in the Capital District (Rensselaer County) and attends high school in the Capital District.

8.      At all relevant times in this investigation, Jane Doe #1 used her personal Apple iPhone smartphone, which allowed her to communicate over voice, text message, Facetime, and through other smartphone applications.

Genesis of the Investigation

9.      In early April, 2025, Jane Doe #1 reported a variety of things to law enforcement, to include the following:

    a.  On or about March 29, 2025, she was on a dating application on her smartphone;

    b.  Her profile on the dating application indicated that she was 15 years old;

2

c. On or about March 29, 2025, she received a text message from someone using telephone number (951) xxx-2331, and that the user wrote "Hi";

d. Shortly after receiving the text message, she and the person behind the "Hi" text message communicated with each other over Facetime. The person on the other end of the Facetime communication was a male, had a beard and tattoos, appeared to be in his 20's, and said that his name was "Derek Johnson" and that he was 39 years old;

e. After the initial Facetime session, she and "Derek Johnson" exchanged numerous text messages with one another via their smartphones, and many of the text messages sent by "Derek Johnson" persuaded her to take still images and videos of herself, including while she engaged in sexually explicit conduct, and to then transmit those still images and videos to "Derek Johnson" via her smartphone; and

f. She complied with some of "Derek Johnson's" requests to produce sexually explicit still images and videos of herself and to send them, via her smartphone, to "Derek Johnson."

10.    Upon information and belief, during all of Jane Doe #1's communications with "Derek Johnson," she was physically located in the Capital District.

Evidence Recovered from Jane Doe #1's Smartphone

11.    At the conclusion of her meeting with law enforcement, Jane Doe #1 and her parent gave consent to law enforcement to review the contents of Jane Doe #1's smartphone.

12.    Found on Jane Doe #1's smartphone were dozens of text messages between Jane Doe #1 and a person using telephone number (951) xxx-2331. The text message string began on March 30, 2025 and concluded on April 3, 2025.

13.    Below are excerpts from various text messages recovered as described in paragraph #12:

a.  On March 30, 2025, "Derek Johnson" wrote "how old are u" and Jane Doe #1 replied "15, gonna turn 16 in august."  A little bit later in the string, Jane Doe #1 wrote "How about you?" and "Derek Johnson" replied "39:(."

b.  On March 30, 2025, "Derek Johnson" sent a still picture to Jane Doe #1 and wrote "this is me." The male depicted appears to be in his 20's, Caucasian, with reddish-brown hair and facial hair, and a black tattoo of flowers and leaves on his left forearm.

c.  On March 30, 2025, "Derek Johnson" wrote that he wanted to have vaginal sex with Jane Doe, and asked "can i record it."

d.  On March 30, 2025, "Derek Johnson" wrote "wanna see my cock?" and Jane Doe #1 replied "Sure :3."  A few seconds later, "Derek Johnson" sent Jane Doe #1 a picture of an adult penis and wrote "can't wait for ur little kid mouth to suck it." Notably, also depicted in picture of the penis is the hand of a Caucasian male with a distinctive smiley face tattoo on the exterior of the right hand.

e.  On March 30, 2025, "Derek Johnson" asked Jane Doe #1 to take off her pants, and wrote "show me ur ass" and "show ur pussy."  In response, Jane Doe #1 sent via text message to "Derek Johnson" electronic still images appearing to depict (i) her clothed buttocks and lower back; and (ii) her naked vagina.

f.  A little bit later on March 30, 2025, "Derek Johnson" wrote "wanna finger urself on facetime?" and "wanna rub ur thighs and pussy on facetime."  Jane Doe #1 responded by sending "Derek Johnson" an electronic still image of herself clothed and hugging a stuffed animal.

4

g.  Further in the text string on March 30, 2025, "Derek Johnson" told Jane Doe #1 that he wanted to have a baby with her and then wrote "can't wait to rape it."

h.  On March 31, 2025, "Derek Johnson" and Jane Doe #1 discussed plans to meet up in person, and "Derek Johnson" wrote "wish i was fucking you" and "can't wait to have a baby with u."

i.  On March 31, 2025, "Derek Johnson" wrote "i'm jerking my cock rn baby" and then sent Jane Doe #1 a video of a hand stroking an adult penis.  A minute or two later, "Derek Johnson" wrote "ur turn."  A few seconds later, Jane Doe #1 responded by sending "Derek Johnson" an electronic still image of her naked breasts.  "Derek Johnson" replied "yummy" and "i kinda wish u were 12."

j.  On March 31, 2025, "Derek Johnson" wrote "show daddy ur butthole" and "put ur finger in there."  Jane Doe #1 complied with "Derek Johnson's" directive by producing a video depicting the lascivious exhibition of Jane Doe #1's bare buttocks and anus and placing her fingers around her anus.

k.  On March 31, 2025, "Derek Johnson" wrote "is it bad i like fucking little girls babe."

14.    In a second interview with law enforcement, which took place on April 17, 2025, Jane Doe #1 confirmed that she produced the video file described above in paragraph 13(j) at the request of "Derek Johnson," that it depicts her, and that she made it in the bathroom in her home. I have reviewed metadata associated with this video file and confirmed that it shows that the video file was created after "Derek Johnson" wrote "show daddy ur butthole" and "put ur finger in there."

The Identification of Devin RAVINE a/k/a "Derek Johnson" and the Search of His Residence and Smartphone

15.    Officers identified a home in Riverside, California, which was later determined to be where Devin RAVINE lived, to be associated with the phone number used by "Derek Johnson" to communicate with Jane Doe #1.

16.    On April 3, 2025, officers in Riverside, California obtained a search warrant issued by a Magistrate Judge of the Superior Court of California, County of Riverside, to search this residence.  Officers were authorized to search for evidence involving the possession, manufacture, and trafficking of child pornography.

17.    During the search, law enforcement interviewed Devin RAVINE's stepfather and showed him the photograph of "Derek Johnson" that was sent to Jane Doe #1 and is described above in paragraph 13(b).  RAVINE's stepfather said that the person depicted was his stepson, Devin RAVINE.

18.    During the search warrant execution, a smartphone bearing telephone number (951) xxx-2331 was recovered from Devin RAVINE's person. Law enforcement then called the telephone number (951) xxx-2331 and the phone rang.

19.    Also recovered from the search of the smartphone bearing telephone number (951) xxx-2331 was the text string between "Derek Johnson" and Jane Doe #1 as referenced in paragraphs 12 & 13 above.

20.    Devin RAVINE was present during a portion of the officers' April 3, 2025 search of his Riverside, California residence.  Officers observed in plain view the following physical features of Devin RAVINE a/k/a "Derek Johnson" that are relevant to the pending investigation:

a.   He is a white male who appears to be in his 20's;

b.   He had a beard;

c. He had a black tattoo of flowers and leaves on his left forearm consistent with the same black tattoo depicted in the still image sent by "Derek Johnson" to Jane Doe #1 as described in paragraph 13(b); and

d. He had a small smiley face tattoo on the exterior of his right hand consistent with the same smiley face tattoo depicted in the still image sent by "Derek Johnson" to Jane Doe #1 as described in paragraph 13(d).

21. This description is consistent with known images of RAVINE, including the photograph on file for RAVINE at the California Department of Motor Vehicles and the photograph taken of RAVINE at the time of his arrest by law enforcement.

Manufacture of Apple iPhones

22. I know from my training and experience that Apple iPhone smartphones like the one used by Jane Doe #1 to take the still images and videos of herself engaged in sexually explicit conduct are manufactured outside the State of New York.

**CONCLUSION**

23. Based on the foregoing, your affiant submits that there is probable cause to conclude that between about March 30, 2025 and about April 1, 2025, in Rensselaer County, in the Northern District of New York, and elsewhere, defendant Devin RAVINE a/k/a "Derek Johnson":

a. did use, persuade, induce, and entice, and attempt to use, persuade, induce, and entice a minor, that is Jane Doe #1, a female child born in 2009 whose identity is known to law enforcement, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of

7

interstate and foreign commerce and in an affecting such commerce, and where the visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and where such visual depictions were actually transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting such commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

Attested to by the affiant,

Dominick Canty
FBI Special Agent

I, the Paul J. Evangelista, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on April 23, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure:

Hon. Paul J. Evangelista
United States Magistrate Judge

8